IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARCUS JON BETTIS,

    Plaintiff,

  v.

CAROLYN W COLVIN,

    Defendant.
                           /

No. C 13-02886 WHA

**ENTRY OF JUDGMENT**

      Pursuant to the joint stipulation remanding this social security action, **JUDGMENT IS HEREBY ENTERED IN FAVOR OF PLAINTIFF**. *Melkonyan v. Sullivan*, 111 S. Ct. 2157, 2164 (1991)*; Shalala v. Schaefer*, 509 U.S. 292, 296–98 (1993).

      **IT IS SO ORDERED.**

Dated: January 29, 2014.

                                                   WILLIAM ALSUP
                                                   UNITED STATES DISTRICT JUDGE